420

333 A.2d 845
**Walter J. JAKOBOWSKI and Marion V. Jakobowski, his wife,**

v.

**John A. RUMPF and Anne R. Rumpf, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued Jan. 8, 1974.

Decided March 18, 1975.

Raymond B. Reinl, Willow Grove, for appellants.

Robert G. Bellwoar, Philadelphia, for appellees.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own costs.

EAGEN, J., did not participate in the consideration or decision of this case.